EDWARD A. GREENSPON, Appellant, *v.* E. R. SQUIBB & SONS, Respondent.

Argued April 20, 1943; decided May 27, 1943.

*Arthur Garfield Hays, Morris Shilensky, James R. Cherry* and *Harold Epstein* for appellant.

*Albert R. Connelly* and *George S. Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.